Gustavo T. Soto, CDC#: F22347
Centinela State Prison
P.O. Box 901
Imperial, California 92251

In Propria Persona



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO T. SOTO,<br>              Petitioner,<br>v.<br>V.M. ALMAGER, Warden,<br>              Respondent. | Case No. '08 CV 0490 H RBB<br><br>MOTION FOR STAY AND ABEYANCE<br><br>>Declaration of Petitioner,<br>Gustavo T. Soto |

    Petitioner Gustavo T. Soto (hereinafter "Petitioner"), a state prisoner acting pro se by and through the assistance of another fellow inmate [Joseph L. Gallardo], due to Petitioner's non-English speaking language barriers, hereby moves this Court to Stay proceedings, placing this matter in Abeyance pending exhaustion of State remedies.

    This Motion is made upon the ground of newly presented, substantive legal evidence, potentially meritorious evidence that was not presented at sentencing proceeding's at the State court level on March 17, 2006.

///

1

In Rhines v. Weber, 544 U.S. 267, 277 (2005), the United States Supreme Court described that Petitioner's "will need to show both good cause for not exhausting all his claims...and that his claims are not plainly meritless." Id. Petitioner stands on the analysis of his ineffective assistance of counsel ("IAC") claim as stated in his Petition for Writ of Habeas corpus, under 28 U.S.C. § 2254, at page six [Supporting Facts] and for that reason will not repeat it here.

On or about February 7, 2008, Petitioner received via institutional regular mail from his biological sister, namely Elsa Reyes, documentary evidence from one Ghassem Bahrambeygui, M.D., letter dated January 24, 2008. Mr. Chassem was one of two physician's who was treating Petitioner for his symtomatic varicose veins, hypertension and drug abuse from 2001 to 2005. A conformed copy of physician Ghassem's letter dated January 24, '08, is attached to this Motion, marked [Exhibit "A"] and incorporated by reference herein.

After Petitioner received Mr. Ghassem's letter, Petitioner's fellow inmate assisted Petitioner in preparing and presenting his state habeas petition investigation lodged with the El Centro Superior Court on March 5, 2008, raising inadequate trial proceeding representation at the sentencing stage, in which Petitioner asserted the error in his state habeas petition clothed in IAC raiments (Williams v. Taylor, 529 U.S. 362, 120 S.Ct. 1495 (2000), citing Strickland v. Washington, 446 U.S. 668, 104 S.Ct. 2052 (1983)).

///

2

Based on the foregoing Petitioner has elected to file a 28 U.S.C. § 2254 Petition now in this Court, because on January 17, 2007, the California Supreme Court denied Petitioner's petition for review on direct appeal (case number: S148672).

The United States Supreme Court made clear in Pace v. Giguglielmo, 544 U.S. 408 (2005), "A prisoner seeking state postconviction relief might avoid [untimely predicaments], by filing a protactive petition in federal [Court] and asking the Court to stay and abey the federal habeas proceedings until state remedies are exhausted," citing Rhines v. Weber, supra. 544 U.S. 269 (2005).

Petitioner seeks an order or indication from this Court that it will subsequently stay the petition after dismissal of the unexhausted claim, with the stay to remain in effect until 30-days after the California Supreme Court, judgment of state court of last resort, denies relief on the pending state habeas petition; and that, upon Petitioner returning to federal Court within that time frame, this Court will permit amendment of the stayed petition to include the then-exhausted claim.

I, Gustavo T. Soto, hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true, correct and complete.

Respectfully submitted,

Dated: 3/8/08.

*Gustavo T. Soto*
Gustavo T. Soto, In Pro Se

3

# EXHIBIT "A"



**G. Bahrambeygui, M.D.**
1007 BLAIR AVE. CALEXICO, CALIFORNIA 92231
(760) 357-2293

January 24, 2008

To Whom It May Concern:

I have been the long-term longstanding physician to the entire family of Mr. Gustavo Soto Torres, born August 11, 1962.

Mr. Gustavo Torres, has been treated for symptomatic varicose veins, hypertension, and drug abuse from 2001 to 2005. Mr. Torres was last seen in this office on July 10, 2005, his symptoms were of uncontrolled hypertension/tachycardia/acute anxiety disorder/ depression and drug abuse. Mr. Torres was advised that he need it to be under constant medical care for control of his substance abuse and hypertension.

Any question please fell free to call my office at (760) 357 2293.

Sincerely,

GHASSEM BAHRAMBEYGUI, M. D.

Reyes
in field
to CA. 92243

A3 124

A2/24

SAN BERNARDINO CA 9??
31 JAN 2008 PM 7 L

```
Photos_____
Stamped Envelopes_____
No Letter Enclosed____
Visiting Questionnaire removed____
MONEY ORDER/CERTIFIED CHECK
# 119 F 20111141  $ 40.
SUBJECT TO RESTRICTION PER
      SECTION 2085.5
```

92251+0921

Gustavo Soto torres
# F22347- A2- ~~~~
Centinela State Prision
P.O. Box 921
Imperial CA, 92251