UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUN 10 PM 2: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Huff
FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 6/5/2008
CASE NO.: 08cv0490 H (RBB)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Soto v. Almager
DOCUMENT ENTITLED: Motion Requesting to Voluntarily Dismiss...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** REQUESTS VOLUNTARY DISMISSAL OF A MOTION THAT ALREADY WAS DENIED WITHOUT PREJUDICE AS PREMATURE. |

Date forwarded: 6/6/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: HUFF

Dated: 6/9/08     By: LCI
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

```
 1 │ Gustavo T. Soto, CDC#: F22347
   │ Centinela State Prison
 2 │ P.O. Box 901
   │ Imperial, California 92251
 3 │
 4 │ In Pro Se
```

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GUSTAVO T. SOTO,      | Case No. 08-0490 H (RBB) |
|           Petitioner, | MOTION REQUESTING TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PETITIONER'S PREMATURE MOTION FOR STAY AND ABEYANCE AND PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254) |
|           v.          | |
| V.M. ALMAGER, Warden, | |
|           Respondent. | |

Petitioner Gustavo T. Soto (hereinafter "Petitioner"), acting pro se, lodged with this Court on March 12, 2008, his Motion for Stay and Abeyance and Petition for Writ of Habeas Corpus (Petition) pursuant to 28 U.S.C. § 2254.

On March 20, '08, this Court issued an Order, ordering dismissal of Petitioner's Petition and Motion for Stay and Abeyance without prejudice, with leave to amend the Petition.

Petitioner at this time respectfully request to voluntarily dismiss his premature Motion for Stay and Abeyance and Petition in order to satisfy the exhaustion requirement when fairly presenting Petitioner's ineffective assistance of counsel claim, on the basis of newly presented evidence, to the highest state court.